**Fill in this information to identify the case:**

Debtor 1: ARNOLD J MIGUES JR

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of MISSOURI
(state)

Case number: 23-40416-btf13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002. 1.

**Name of creditor:** Planet Home Lending, LLC          **Court claim no.** (if known): 13-1

**Last 4 digits** of any number you use to identify the debtor's account: 7100

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred |  | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 04/07/223 (Plan review) | (3) | $ 400.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: | | (10) | $ _____ |
| 11. Other. Specify: | | (11) | $ _____ |
| 12. Other. Specify: | | (12) | $ _____ |
| 13. Other. Specify: | | (13) | $ _____ |
| 14. Other. Specify | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 ARNOLD J MIGUES JR  Case number *(if known)* 23-40416
        First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Keith Labell  Date 08/18/2023
  Signature

Print: Keith Labell  Title ____
    First Name    Middle Name    Last Name

Company: De Cubas & Lewis, P.A.

Address: PO Box 5026
    Number    Street

Fort Lauderdale, Florida 33310
City    State    Zip Code

Contact phone (954) 453-0365  Email Keith.labell@decubaslewis.com

I HEREBY CERTIFY a true and correct copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges of GNMA II was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and or electronically mailed this 8th day of August 2023

    De Cubas & Lewis, P.A.
    PO Box 5026
    Fort Lauderdale, FL 33310
    Telephone: (954) 453-0365/1-800-441-2438
    Facsimile: (954) 771-6052
    Keith.labell@decubaslewis.com

    By: /s/ Keith Labell
    Keith Labell

ARNOLD J MIGUES JR
9571 STARR SCHOOL RD
ODESSA, MO 64076

RYAN A BLAY, ESQ
WM LAW
15095 W 116TH ST
OLATHE, KS 66049

RICHARD FINK
SUITE 1200
2345 GRAND BLVD.
KANSAS CITY, MO 64108-2663